IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Jeremiah John Red Tomahawk,<br><br>        Defendant. | Case No. 1:24-cr-00208 |

## VERDICT FORM

[¶ 1]   We the jury, impaneled and sworn in this matter, submit the following responses to this Verdict Form.

### COUNT ONE

[¶ 2]   As to Count One of the Indictment charging Jeremiah John Red Tomahawk with Aggravated Sexual Abuse by Force, we find the Defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

### COUNT TWO

[¶ 3]   As to Count Two of the Indictment charging Jeremiah John Red Tomahawk with False Statements to Wyatt Garber, we find the Defendant:

_____Not Guilty     \_\_\_\_X\_\_\_\_Guilty

## COUNT THREE

[¶ 4] As to Count Three of the Indictment charging Jeremiah John Red Tomahawk with False Statements to Brett Fischer, we find the Defendant:

_____Not Guilty          \_\_\_\_X\_\_\_\_Guilty

Dated this \_\_8th\_\_ day of October 2025.

_____
Foreperson

After you have completed this verdict form, have your foreperson sign and date it, and inform the bailiff that you have reached a verdict. The foreperson shall keep the sealed verdict in their possession and bring it to the courtroom.