**Exhibit 1**

178 Young Native Gang$terz

Long Live The homies

YNGTOTheY50

FedTime #Free $6          #LLEGRT
#Free BOBBY  #LLShady
FedTime #Free me       #LL6man
FedTime #FreeTC         #LLmem

~~————~~

Y$O Donny    Y$O Carter    YNG$6
YNG ~~Tai~~   Y$O Branden
YNG ~~Big Bird~~  Y$O Bronx   PhatBack
YNG BOBBY   YNG JonTay ~~JBoy~~
YNG Dakota  YNG Davon
Y$O Carlos   YNG Kendall
Y$O Filex     YNG Nezo
YNG Even    YNG TC

The Blocks
Wolf ave
WhiteTail ave
Golden eagle ave

| Native | money |
| Paper | over |
| Chasers | Bitches |
| Killas | killas |

Only
The
Gang
Killas
Family
Never
End
Killas

Racketeer influeced and corrupt organizations act

GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 1



Pain

Murder

1. Do it by yourself ~~cause~~ cause having a codefendant
~~2.~~ Your freedom is on his hands
2. if you have long hair put it up and make sure you don't leave any out
3. Wear two pairs of mask the one with two holes on the eyes first than the ski mask and wear two pairs of Rubber Gloves
4. Plan the Right time and Day so Learn his everyday move and places he goes
5. no witnesses no phones no cameras
6. Use a Blade/Knife cause they can't Track/Trace it back to you
7. Burn everything you wore to ash and get Rid of the murder weapon only you would know where it is
8. important Rule: Never Talk to anyone even your most trusted person about the murder

---

17yo Taurus G3c 9MM
16yo G23 40 Caliber
17yo Ruger EC9s 9mm
18yo G19x 9mm
15yo 22 caliber Six Shooter
       Pocket size

## Going out on my own

"
Ay see I be Rocking BY mi ??? RiDing Thru The Rez solo Be Takin all mi Engray can't show no Love no mo I show it all for you But for me you was a no show Broke BreaD Wit Them I Put fooD on They ~~plate~~ ~~???~~ Never ~~???~~ Been The GreeDi TYpe When I ate Dawg you ate showed you none But Love But in Returned you me hate It's a very scary Thing you see Yo Dawg Turn to a snake can't Really Trust no one cause They always Turn afake ~~??????~~ But it is what it is I should've never Been Rolling wit all in the first Place it's a very scary Thing When you see yo Brother Turn to a snake Praying everyDay That I make it outta This Place Free my nigga BoBBY hope tha Boy Doing Great I'm still Going Thru The Process But just know I'm Doing it Right Taking my shit To Trial and I hope I Beat This case might Pull a T-Kay and Do The Fucking Race But if They Catch me They Finna Put me away 15 to life is a long Fucking way Please help me GoD Just Get me outta This Place Talk on my Brother you Gone catch one To The face.. Yeah nigga.. Talk on my Brother Will Be The last Thing you Gon Do So Don't let me find out OR I'll Put Yo ass on The news FNEK like nigga Whatchu Gon Do so stick To Them Books cause Yo ass ain't ever cool

Page 2  Jeremiah, RT

Writing statement's is the only thing you can do so get TF outta my face and get yo ass to school pussy ass nigga you know what I do caught yo ass lacking and left you in ICU ready for war? Like nigga whatchu mean pussy ass boy almost got put on a tee so keep talking shit cause I know where you be caught yo lacking right down by the P.D nigga should've never been talking on E realest nigga stepping so don't play with me 178 is the only place I'll be. Fighting the Fer so I ain't copping tha plea you already know I'm going out like a 6 so fuck everybody that's talking on me... you already know I'm keepin it 6 so fuck outta my face with that 8 year plea dumb lil bitch yo ass gon see ~~so don't fuck around I'll put you in the sea got his locked up for~~ [remainder scribbled out/illegible]

ag it's YNGJJ and you already know pussy ass nigga shouldve never been talking on Bro nigga got popped and Left in The Road Lynsee Got Shot Like nigga Whatchu know nigga Shouldve Never Been Walking down That Road. Me and my nigga Were Lurking and cauth him on his own cause you already know Me and niggas are alway on go so watch what you say cause we'll pop out fo sho caught Garret Lacking cause he was Talking on Bro so fuck what they say cause Tha nigga done told so fuck outta my face cause YK I ain't gon fold pussy ass nigga Really Done Told cause you already know we're away on Go caught his ass Lackin Down cottenwood Road upped that 9 and I was aiming for his Trouht Fuck Tha nigga Taz cause Tha nigga a Bitch cause you already know Tha nigga Done Snitch

Yo it's NGJJ and you know I'm smoking yo man's pussy ass nigga like show me a band hop in the coupe and you know I'm gon shoot first day out like nigga whatchu gon do the Reelly