UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 208 |
| | ) | |
| vs. | ) | **DEFENDANT JEREMIAH JOHN RED** |
| | ) | **TOMAHAWK'S NOTICE OF APPEAL** |
| JEREMIAH JOHN RED TOMAHAWK, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES OF AMERICA, PLAINTIFF, AND ITS ATTORNEYS, BRANDI RUSSEL AND NICK BAKER, ASSISTANT UNITED STATES ATTORNEYS, UNITED STATES DEPARTMENT OF JUSTICE, U.S. COURTHOUSE, 220 EAST ROSSER AVENUE, SUITE 372, BISMARCK, NORTH DAKOTA 58502-0699:

PLEASE TAKE NOTICE that Defendant Jeremiah John Red Tomahawk, by and through his attorney, Magdalena R. Brockel, respectfully appeals to the United States Court of Appeals for the Eighth Circuit the jury trial conviction of October 8, 2025, including all adverse rulings made during the pendency of the case.

Concurrent with this notice, Defendant files a motion for the release of forensic evidence for additional testing. Should the motion be granted, Defendant would request that his appeal be stayed during the pendency of the additional forensic testing and other potential post-conviction relief sought based on the outcomes of that testing.

Dated this 25th day of February 2026.

Respectfully submitted,

**RED RIVER LAW, PLLC**
P.O. Box 133
Horace, ND 58047
Phone: 701-314-2424

*/s/ Magdalena R. Brockel*
MAGDALENA R. BROCKEL
ND Bar No. 08825
maggie@redriverlawpllc.com

## CERTIFICATE OF SERVICE

Magdalena R. Brockel, Attorney for Defendant Jeremiah John Red Tomahawk, hereby certifies that on February 25, 2026, the following document:

1. Defendant Jeremiah John Red Tomahawk's Notice of Appeal

was served upon Brandi Russel, Assistant United States Attorney, brandi.russell@usdoj.gov, and Nick Baker, Assistant United States Attorney, nick.baker@usdoj.gov, by filing electronically.

                                                  */s/ Magdalena R. Brockel*
                                                  MAGDALENA R. BROCKEL
                                                  Attorney for Defendant